THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JENNIFER MAE NELSON,<br><br>          Plaintiff,<br><br>v.<br><br>JEDIDIAH GETZLAFF,<br><br>          Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [20] REPORT AND RECOMMENDATION**<br><br>Case No. 1:25-cv-00007-DBB-DBP<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead recommends denying Ms. Nelson's Motion for Leave to Proceed In Forma Pauperis and granting Defendant's Motion to Dismiss. Judge Pead recommends dismissing the case for lack of subject-matter jurisdiction because "Ms. Nelson's pleading does not state any grounds for federal jurisdiction."[2]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Judge Pead is adopted.

---

[1] Am. Report and Recommendation, ECF No. 20, filed Mar. 31, 2025. Judge Pead issued an amended Report and Recommendation after the original Report and Recommendation failed to include a written notice of the 14-day objection period. *Id.* at 1 n.1; Report and Recommendation, ECF No. 19, filed Mar. 12, 2025.

[2] Am. Report and Recommendation 1.

[3] *Id.* at 1 n.1, 4.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.[4] The

case is DISMISSED WITHOUT PREJUDICE.

Signed April 18, 2025.

BY THE COURT:

_____
David Barlow
United States District Court Judge

---

[4] ECF No. 20.